UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05 277S

| | | |
|---|---|---|
| RICHARD K. GREGORY, Plaintiff | ) | |
| | ) | |
| vs. | ) | C.A. NO. |
| | ) | |
| ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND , INTERNAL REVENUE SERVICE, HOUSEHOLD FINANCIAL CORP., II, TOWN OF SOUTH KINGSTOWN, Defendants | ) | |

NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

1. The United States of America, on behalf of the Internal Revenue Service, is a defendant in an action in the Superior Court, Washington County, State of Rhode Island, entitled Richard K. Gregory v. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, C.A. 05-215, with the service upon the U.S. Attorney of an Amended Complaint in Interpleader on June 22, 2005.

2. The attached documents are copies of pleadings that were served on the United States of America. Certified or attested copies of all records and proceedings in the Washington County, Rhode Island Superior Court, and a certified or attested copy of all docket entries there, including the filing of a copy of this petition, will be listed with this court within ten days as required by Local Rule 36(b).

(1)

3. The facts as alleged in the Amended Complaint in the above-described action represent a civil action commenced in State Court against an agency of the United States. Such action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1442(a)(1), and 28 U.S.C. § 1446.

WHEREFORE, the petitioner prays that the above-described action pending in the Superior Court, Washington County, State of Rhode Island be removed therefrom to this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

LISA DINERMAN
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2005, I forwarded a copy of the within documents, by postage prepaid mail, to:

Matthew J. McGowan, Esq.
Linda Rekas Sloan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA 02203

U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 55
Washington, DC 20044-0055

Michael A. Ursillo, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 029093

Bernard J. Lemos, Esq.
Senior Legal Counsel
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908

[signature]