STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0215 RICHARD K GREGORY V ROBERT A GRASSO

Filing Date: 04-13-2005
Case Status: CLOSED AT FILING

Case Type: INTERPLEADER
Status Date: 06-24-2005

| Party | Attorney |
|---|---|
| Plaintiff: RICHARD GREGORY<br>ID: @10245660 | Attorney: LINDA SLOAN |
| Defendant: JANE GRASSO<br>ID: @10245658 | Attorney: UNKNOWN ATTORNEY |
| Defendant: ROBERT GRASSO<br>ID: @10245659 | Attorney: UNKNOWN ATTORNEY |
| Defendant: HOUSEHOLD FINANCIAL COPRII<br>ID: @10257030 | Attorney: UNKNOWN ATTORNEY |
| Defendant: STATE OF RHODEISLAND IRS<br>ID: @10267048 | Attorney: BERNARD LEMOS |
| Defendant: TOWN OF SOUTH KINGSTOWN<br>ID: @10268266 | Attorney: MICHAEL URSILLO |
| Defendant: DEPARTMENT OF INTERNAL REVENUE SER\<br>ID: IRS | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

True Copy Attest
C. R. Ch[illegible]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-13-2005 | COMPLAINT FILED | |
| 04-13-2005 | COMPLAINT FILED | |
| 05-10-2005 | SUMMONS,PROOF OF SERVICE FILED | UPON INTERNAL REVENUE SERVICE----SERVED ON 4.29.05 |
| 05-10-2005 | WAIV OF SRVIC OF SUMMONS FILED | UPON JANE GRASSO |
| 05-10-2005 | SUMMONS,PROOF OF SERVICE FILED | UPON TOWN OF SOUTH KINGSTOWN----SERVED ON 4/28/05 |
| 05-10-2005 | WAIV OF SRVIC OF SUMMONS FILED | UPON ROBERT GRASSO |
| 05-10-2005 | SUMMONS,PROOF OF SERVICE FILED | UPON HOUSEHOLD FINANCE CORP----SERVED ON 4/28/05 |
| 05-10-2005 | SUMMONS,PROOF OF SERVICE FILED | UPON STATE OF RI----SERVED ON 4/27/05 |
| 05-13-2005 | ANSWER FILED | OF DEF STATE OF RI DIVISION OF TAXATION |
| 05-18-2005 | ANSWER FILED | OF DEF TOWN OF SOUTH KINGSTOWN |
| 06-10-2005 | MOTION TO AMEND COMPLAINT | GRANTED UNDER RULE OF COURT AS OF 6/20/05<br>Affiliated: GREGORY, RICHARD K |
| 06-24-2005 | NOTICE OF REMOVAL | TO US DISTRICT COURT |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2005-0215 RICHARD K GREGORY V ROBERT A GRASSO

Affiliated: DEPARTMENT OF INTERNAL REVENUE SERVICES

06-24-2005 CASE REMVD TO US DISTRICT CT
06-24-2005 OTH DOCUMENT FILED AT FILING

True Copy Attest

Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island