SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD K. GREGORY,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 05-277S |
| ROBERT A. GRASSO, JANE G. GRASSO<br>STATE OF RHODE ISLAND<br>INTERNAL REVENUE SERVICE<br>HOUSEHOLD FINANCIAL CORP, II<br>TOWN OF SOUTH KINGSTOWN<br>Defendants | ) | |

**ANSWER OF THE UNITED STATES OF AMERICA**

The defendant, the United States of America, on behalf of its agency, the United States Internal Revenue Service, answers the Complaint as follows:

1. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 1, but leaves Plaintiff to his proof.

2. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 2, but leaves Plaintiff to his proof.

3. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 3, but leaves Plaintiff to his proof.

4. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 4, but leaves Plaintiff to his proof.

5. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 5, but leaves Plaintiff to his proof.

6. Defendant United States of America is without sufficient information to either admit

or deny the allegations contained in Paragraph 6(a), but to the extent an answer is required, denied.

7. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 6(b), but to the extent an answer is required, denied.

8. Defendant United States of America admits that it has filed Notices of Liens against the property, but denies the remaining allegations of paragraph 6(c). The United States asserts that it has placed the following liens on the property:

a. Lien placed November 15, 1999 in the amount of $282,867.38;

b. Lien place February 4, 2003 in the amount of $69.,680.35;

c. Lien Placed February 13, 2004 for $12,937.57;

d. Lien placed February 4, 2005 for $2,842.14.

9. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 6(d), but to the extent an answer is required, denied.

10. Defendant United States of America is without sufficient information to either admit or deny the allegations contained in Paragraph 6(e), but to the extent an answer is required, denied.

The remainder of the Complaint consists of Prayer for Relief to which no response is required. To the extent an answer is required, denied.

CLAIMS

The defendant, the United States of America, on behalf of its agency, the United States Internal Revenue Service, hereby asserts its claims to the surplus proceeds reflected in paragraph 8 above, plus interest that will accrue at the rate specified by Internal Revenue Code Sections 6621 and 6622.

FIRST DEFENSE

With respect to Plaintiff's request that it be allowed its costs, expenses and attorneys' fees for the filing of this Interpleader, the United States asserts that Plaintiff's attorneys' fees and costs cannot reduce the share of surplus funds allocable to the United States under a prior federal tax lien. Accordingly, the claims of the United States must be satisfied before any award of attorneys' fees.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

LISA DINERMAN Bar #2689
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2005 I caused a copy of the Answer of the United States of America to forwarded, by postage prepaid mail, to :

Matthew J. McGowan, Esq.
Linda Rekas Sloan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA 02203

U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 55
Washington, DC 20044-0055

Michael A. Ursillo, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 029093

Bernard J. Lemos, Esq.
Senior Legal Counsel
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908



FILED