**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | Civil Action No. 05-277S |

**MOTION FOR LEAVE TO DEPOSIT FUNDS**
**INTO THE REGISTRY OF THE COURT AND FOR OTHER RELIEF**

Plaintiff, Richard K. Gregory ("Richard Gregory"), hereby moves this Court pursuant to Rule 67 of the Federal Rules of Civil Procedure for an order (i) permitting him to deposit the sum of $74,960.25 (the "Deposit Amount") into the Registry of the Court; (ii) awarding his attorneys' fees and costs incurred in commencing the above-captioned interpleader from the Deposit Amount; and (ii) discharging him from any further liability with respect to the Deposit Amount and enjoining Defendants from bringing any action against him concerning the Deposit Amount. Except as otherwise defined in this Motion, all defined terms used in this Motion are as set forth in the Complaint.

In support of this Motion, Plaintiff represents as follows:

1. On or about April 13, 2005, Plaintiff initiated an action for interpleader in Washington County Superior Court as to the surplus proceeds from the mortgage foreclosure conducted by Richard Gregory against Defendants, Robert A. Grasso and Jane G. Grasso for the

property located at 94 Old North Road, Kingston, Rhode Island by filing a Complaint for Interpleader.

2. On or about June 23, 2005, The United States of America on behalf of the Internal Revenue Service filed a Notice of Removal in the office of the Clerk of the United States District Court for the District of Rhode Island.

3. Plaintiff makes no claim to the Deposit Amount.

4. Plaintiff has no interest in which of the parties asserting adverse claims against the Deposit Amount recovers all or any portion of the sums sought to be deposited. Since Plaintiff has no further interest in the Deposit Amount and seeks to be discharged from this action, the deposit of the disputed sums is a precondition to that discharge.

5. The sum sought to be deposited, the Deposit Amount of $74,960.25, represents what would be the highest amount sought by any of those asserting adverse claims against monies currently held by Plaintiff.

6. Plaintiff has incurred attorney's fees and costs to commence the above-captioned interpleader action in the amount of $920.95. By this Motion, Plaintiff seeks an award of these attorneys' fees and costs from the Deposit Amount. Attached hereto as Exhibit A is an Affidavit as to Attorney's Fees setting forth fees and costs prior to a hearing on this Motion.

7. Plaintiff respectfully requests that Plaintiff be discharged from any further liability with respect to the Deposit Amount and that this Court enjoin the Defendants from bringing any action against him with respect to these amounts.

Richard K. Gregory
By his Attorneys,

Date: October 20, 2005

Matthew J. McGowan, Esq.
Linda Rekas Sloan, Esq.
Salter, McGowan, Sylvia & Leonard, Incorporated
321 South Main Street, 3rd Floor
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770
Bar No. 5194