EXHIBIT
A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard K. Gregory,<br>Plaintiff | |
| vs. | Civil Action No. 05-277S |
| Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | |

**AFFIDAVIT AS TO ATTORNEY'S FEES**

I, Linda Rekas Sloan, being duly sworn depose and say that I am a practicing attorney in the State of Rhode Island and engaged in the general practice of law; that I have extensive knowledge in the above referenced matter; that the attorney's fee charged in the above matter represents fees for the work performed in connection with this matter by this office as more particularly described in the attached itemized statement.

Said current fees being $920.95 Dollars as set forth in the attached itemized statement.

October 20, 2005

Matthew J. McGowan, Esq.
Linda Rekas Sloan, Esq.
Salter, McGowan, Sylvia & Leonard, Inc.
321 South Main Street, 3rd Floor
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770
Bar No. 5194

Subscribed and sworn to before me this 20th day of October, 2005.

Brenda E. Sanborn

Notary Public
Brenda E. Sanborn
My commission expires 9/5/2007

Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 10/19/2005 |
| Clie.Selection | Include: CMMC, LLC; Mortgage Guar/Liffman |

| | | | |
|---|---|---|---|
| Nickname | CMMC, LLC \| Cred. Rights | | |
| Full Name | CMMC, LLC | | |
| Address | ATTN: Richard K. Gregory, Member<br>36 Hasell Street<br>Charleston, SC 29401 | | |
| Phone | | Fax | |
| Home | | Other | |
| In Ref To | Robert Grasso | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 5/31/2005 | | |
| Last charge | 10/19/2005 | | |
| Last payment | 7/13/2005 | Amount | $50.00 |

| Date<br>ID | Timekeeper<br>Service | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/3/2005<br>23964 | BES<br>Services<br>Begin drafting Motion to Amend Complaint and Affidavit as to Attorney's Fees. | 75.00 | 1.00 | 75.00 | Billable |
| 6/9/2005<br>24347 | BES<br>Services<br>Telephone conference with clerk of Washington County re motion calendar hearing dates; attention to serving motion on COS; letter to clerk re same. | 75.00 | 0.20 | 15.00 | Billable |
| 6/13/2005<br>24466 | BES<br>Services<br>Telephone conference with Nancy at U.S. Attorney's Office re Motion to Amend Complaint. | 75.00 | 0.10 | 7.50 | Billable |
| 6/13/2005<br>24483 | LRS<br>Services<br>Telephone conference with U.S. Attorney's Office re service of process on USA. | 190.00 | 0.20 | 38.00 | Billable |
| 6/17/2005<br>24776 | LRS<br>Services<br>Attention to status of motion to amend complaint. | 190.00 | 0.25 | 47.50 | Billable |

CMMC, LLC:CMMC, LLC (continued)

| Date<br>ID | Timekeeper<br>Service | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/17/2005<br>24786 | LRS<br>Services<br>Draft order granting motion to amend complaint. | 190.00 | 0.20 | 38.00 | Billable |
| 6/20/2005<br>24827 | BES<br>Services<br>Prepare COS to order granting motion to amend complaint; letter to clerk's office; prepare summons and complaints for service upon The United State of America; letter to The United States of America. | 75.00 | 1.33 | 100.00 | Billable |
| 6/20/2005<br>24830 | BES<br>Services<br>Telephone call to Washington County Clerk's Office re objections filed to motion, hearing. | 75.00 | 0.10 | 7.50 | Billable |
| 6/20/2005<br>24863 | LRS<br>Services<br>Attention to service of amended complaint on United States of America. | 190.00 | 0.50 | 95.00 | Billable |
| 6/21/2005<br>24901 | LRS<br>Services<br>Attention to service of process on USA. | 190.00 | 0.20 | 38.00 | Billable |
| 6/24/2005<br>25281 | LRS<br>Services<br>Receipt and review Notice of Removal to federal court. | 190.00 | 0.25 | 47.50 | Billable |
| 7/8/2005<br>25837 | BES<br>Services<br>Prepare letter to clerk of Superior Court to file proof of service. | 75.00 | 0.10 | 7.50 | Billable |
| 9/2/2005<br>28466 | BES<br>Services<br>Brief conference with LRS, review title rundown for any transfer from Mr. Grasso to Mrs. Grasso. | 75.00 | 0.25 | 18.75 | Billable |
| 9/30/2005<br>29736 | LRS<br>Services<br>Receipt and review correspondence from IRS and review title. | 190.00 | 0.30 | 57.00 | Billable |
| 10/19/2005<br>30071 | LRS<br>Services<br>Call to federal clerk re scheduling conference and next steps; draft Motion to Deposit into Court Registry. | 190.00 | 1.00 | 190.00 | Billable |

CMMC, LLC:CMMC, LLC (continued)

| Date<br>ID | Timekeeper<br>Service | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/19/2005<br>30072 | BES<br>Services<br>Review file and begin drafting Motion for Leave to Deposit Funds; prepare Affidavit of Attorney's Fees; conference with LRS. | 75.00 | 1.50 | 112.50 | Billable |
| TOTAL | Billable Fees | | 7.48 | | $894.75 |

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 6/9/2005<br>25546 | MJM<br>Postage<br>Postage | 2.45 | 1.000 | 2.45 | Billable |
| 6/20/2005<br>24596 | MJM<br>Courier<br>Courier to post office for certified mail. | 8.00 | 1.000 | 8.00 | Billable |
| 6/20/2005<br>25553 | MJM<br>Postage<br>Postage | 15.75 | 1.000 | 15.75 | Billable |
| TOTAL | Billable Costs | | | | $26.20 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $894.75 | |
| Total of Fees (Time Charges) | | $894.75 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $26.20 | |
| Total of Costs (Expense Charges) | | $26.20 |
| Total new charges | | $920.95 |

CMMC, LLC:CMMC, LLC (continued)

| | Amount | Total |
|---|---|---|
| Total Previous Balance | | $50.00 |

Accounts Receivables

| Date\|ID | Type | Description | Amount | Total |
|---|---|---|---|---|
| 7/13/2005 4329 | PAY | Payment - Thank You. Check No. 2484 | ($50.00) | |
| Total Accounts Receivable | | | | ($50.00) |
| Total New Balance | | | | $920.95 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | Civil Action No. 05-277S |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the attached **MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT AND FOR OTHER RELIEF** on the persons listed below and/or on the attached list by first-class mail, postage prepaid.

Robert Clark Corrente, Esq., U.S. Attorney
Lisa Dinerman, Esq., Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA 02203

U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 55
Washington, DC 20044

Michael A. Ursillo, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 02903

Bernard J. Lemos, Esq.
Senior Legal Counsel
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908

Robert A. Grasso
Jane G. Grasso
94 Old North Road
Kingston, RI 02881

October 21, 2005

Brenda E. Sanborn