**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | Civil Action No. 05-277S |

## NOTICE OF CONTINUANCE

**PLEASE TAKE NOTICE THAT** the hearing on the Plaintiff's Motion for Leave to Deposit Funds into the Registry of the Court scheduled for *Thursday, December 1, 2005 at 10:00 a.m.* at the U.S. District Court, Courtroom B – Room 260, John O. Pastore Federal Building, Two Exchange Terrace, Providence, RI 02903, has been continued to ***Monday, December 5, 2005 at 2:00 p.m.***

Richard K. Gregory
By his Attorneys,

Date: November 22, 2005

Linda Rekas Sloan, Esq.
Salter, McGowan, Sylvia & Leonard, Incorporated
321 South Main Street, 3rd Floor
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 5194

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | Civil Action No. 05-277S |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the attached **NOTICE OF CONTINUANCE** on the persons listed below by first-class mail, postage prepaid at the addresses noted below, or, where indicated, by fax (*) or hand delivery (**):

Honorable Judge David L. Martin
Martha Saucier, Deputy Clerk
United States District Court
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

* via fax (401) 752-7265

Robert Clark Corrente, Esq., U.S. Attorney
Lisa Dinerman, Esq., Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

* via fax (401) 709-5017

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA 02203

U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 55
Washington, DC 20044

Michael A. Ursillo, Esq. * via fax (401) 751-5257
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 02903

Bernard J. Lemos, Esq. * via fax (401) 222-8880
Senior Legal Counsel
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908

Robert A. Grasso
Jane G. Grasso
94 Old North Road
Kingston, RI 02881

November 22, 2005