**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | Civil Action No. 05-277S |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the attached **AFFIDAVIT AS TO ATTORNEY'S FEES** on the persons listed below and/or on the attached list by first-class mail, postage prepaid.

Robert Clark Corrente, Esq., U.S. Attorney
Lisa Dinerman, Esq., Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Internal Revenue Service
Area Director
P.O. Box 9112
Stop 20800
JFK Federal Building
Boston, MA 02203

U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 55
Washington, DC 20044

Michael A. Ursillo, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 02903

Bernard J. Lemos, Esq.
Senior Legal Counsel
RI Division of Legal Services
One Capitol Hill
Providence, RI 02908

Robert A. Grasso
Jane G. Grasso
94 Old North Road
Kingston, RI 02881

December 7, 2005

Brenda E. Sanborn