UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD K. GREGORY,
Plaintiff,

v. CA 05-277 S

ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND, THE UNITED STATES OF AMERICA,[1] HOUSEHOLD FINANCIAL CORP., II, and TOWN OF SOUTH KINGSTOWN,
Defendants.

**REPORT AND RECOMMENDATION**

David L. Martin, United States Magistrate Judge

This is an action for interpleader. Before the court is Plaintiff's Motion for Leave to Deposit Funds into the Registry of the Court and for Other Relief (Document ("Doc.") #4) ("Motion"). Although the Motion was referred to me for determination pursuant to 28 U.S.C. § 636(b)(1)(A) and District of R.I. Local Rule 32(b), a portion of the relief sought involves a final judgment and injunctive relief.[2] Such relief is beyond the scope of this Magistrate Judge's authority. See 28 U.S.C. § 636(b)(1)(A).[3] Accordingly, the court treats this portion of the

---

[1] The United States of America was substituted for the Internal Revenue Service as a defendant by the granting of Plaintiff's Motion to Amend Complaint. See Document ("Doc.") #2 at 1 (Superior Court Civil Docket Sheet).

[2] The portion of the relief which involves a final judgment and injunctive relief is Plaintiff's request for an order "discharging him from any further liability with respect to the Deposit Amount [$74,960.25] and enjoining Defendants from bringing any action against him concerning the Deposit Amount." Motion for Leave to Deposit Funds into the Registry of the Court and for Other Relief (Doc. #4) at 1.

[3] 28 U.S.C. § 636(b)(1)(A) states that:

Motion as being referred for preliminary review, findings, and recommended disposition pursuant to 28 U.S.C. § 636(b)(1)(B)[4] and D.R.I. Local R. 32(c).

**Discussion**

The court conducted a hearing on the Motion on December 5, 2005. On December 30, 2005, the court issued an order, granting the Motion except for that portion which seeks a final judgment and injunctive relief. See Order Granting in Part Motion for Leave to Deposit Funds. However, the order also stated that the court would simultaneously issue a Report and Recommendation, recommending that this portion of the Motion be granted. See id. at 4. This is that Report and Recommendation.

As stated in the order, no Defendant has objected to the

---

> [A] judge may designate a magistrate judge to hear and determine **any pretrial matter pending before the court, except a motion for injunctive relief**, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

28 U.S.C. § 636(b)(1)(A) (bold added).

[4] 28 U.S.C. § 636(b)(1)(B) provides:

> [A] judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A), of applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement.

28 U.S.C. § 636(b)(1)(B) (footnote omitted).

Motion. See id. at 2. I find that Plaintiff's request to be discharged from any further liability regarding the $74,960.25 (the "Deposit Amount") which will be deposited into the Registry of the Court and to enjoin Defendants from bringing any further action against him concerning the Deposit Amount is reasonable. Accordingly, I recommend that this portion of the Motion be granted.

**Conclusion**

For the reasons stated above (and also those expressed in the Order Granting in Part Motion for Leave to Deposit Funds which is issued simultaneously herewith), I recommend that the portion of the Motion which seeks an order discharging Plaintiff Richard K. Gregory from any further liability concerning the Deposit Amount and enjoining Defendants from bringing any further action against him concerning the Deposit Amount be granted. Any objections to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten (10) days of its receipt. See Fed. R. Civ. P. 72(b); D.R.I. Local R. 32. Failure to file specific objections in a timely manner constitutes waiver of the right to review by the district court and of the right to appeal the district court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).

David L. Martin

David L. Martin
United States Magistrate Judge
December 30, 2005