UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD K. GREGORY,
Plaintiff,

v. : CA 05-277 S

ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND, THE UNITED STATES OF AMERICA,[1] HOUSEHOLD FINANCIAL CORP., II, and TOWN OF SOUTH KINGSTOWN,
Defendants.

**AMENDED ORDER RE**
**MOTION FOR LEAVE TO DEPOSIT FUNDS**

On December 30, 2005, the court granted in part Plaintiff's Motion for Leave to Deposit Funds into the Registry of the Court and for Other Relief (Document ("Doc.") #4) (the "Motion"). See Order Granting in Part Motion for Leave to Deposit Funds (Doc. #9). The purpose of this order is to clarify the amount to be deposited with the court.

Plaintiff is authorized to deposit the sum of $72,409.85 [$74,960.25 (original Deposit Amount) - $2,550.40 (attorneys' fees) = $72,409.85] with the court.

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 10, 2006

BY ORDER:

Deputy Clerk

---

[1] The United States of America was substituted for the Internal Revenue Service as a defendant by the granting of Plaintiff's Motion to Amend Complaint. See Document ("Doc.") #2 at 1 (Superior Court Civil Docket Sheet).