UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD K. GREGORY )<br><br>              Plaintiff, )<br><br>v.                              )<br><br>ROBERT A. GRASSO, JANE G. )<br>GRASSO, STATE OF RHODE ISLAND,)<br>THE UNITED STATES OF AMERICA, )<br>HOUSEHOLD FINANCIAL CORP., II,)<br>and TOWN OF SOUTH KINGSTOWN,  )<br><br>              Defendants. )<br> )<br> ) | C.A. No. 05-277S |

**ORDER**

The Report and Recommendation of United States Magistrate
Judge David L. Martin filed on December 30, 2005, in the above-
captioned matter is accepted pursuant to Title 28 United States
Code § 636(b)(1).  Plaintiff is discharged from any further
liability with respect to the Deposit Amount and Defendants are
enjoined from bringing any action against Plaintiff concerning
the Deposit Amount.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/23/06