UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RICHARD K. GREGORY<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND, THE UNITED STATES OF AMERICA, HOUSEHOLD FINANCIAL CORP., II, and TOWN OF SOUTH KINGSTOWN,<br><br>Defendants. | C.A. No. 05-277S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 30, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff is discharged from any further liability with respect to the Deposit Amount and Defendants are enjoined from bringing any action against Plaintiff concerning the Deposit Amount.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 1/23/06