EXHIBIT

A

# WAIVER OF SERVICE OF SUMMONS

TO: Robert A. Grasso
94 Old North Road
Kingston, RI 02881

I acknowledge receipt of your request that I waive service of a summons in the action of Richard K. Gregory vs. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, which is case number **05-215** in the Superior Court for the County of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2005, or within 90 days after that date if the request was sent outside the United States.

5/5/2005
Date

Robert A. Grasso
Signature
Printed/typed name: Robert A. Grasso

**WAIVER OF SERVICE OF SUMMONS**

TO: Jane G. Grasso
94 Old North Road
Kingston, RI 02881

I acknowledge receipt of your request that I waive service of a summons in the action of Richard K. Gregory vs. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, which is case number **05-215** in the Superior Court for the County of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2005, or within 90 days after that date if the request was sent outside the United States.

5/5/05
Date

Jane Gregory Grasso
Signature
Printed/typed name: Jane G. Grasso