EXHIBIT

B

tabbies

SALTER MCGOWAN SYLVIA & LEONARD INCORPORATED

ATTORNEYS AT LAW

LINDA REKAS SLOAN
lsloan@smsllaw.com

...ILDING
...STREET
... 02903
TEL (401) 274-0300
FAX (401) 453-0073
WWW.SMSLLAW.COM

May 9, 2005

Clerk's Office
Washington County Superior Court
4800 Tower Hill Road
Wakefield, RI 02879

**Re: Richard K. Gregory s. Robert A. Grasso et al.**
**C.A. No. WC 05-215**

Dear Clerk:

Enclosed please find two Waivers of Service of Summons signed by two of the defendants in the above-referenced case, along with the return of Service of Summons upon the remaining four defendants for filing.

If you have any questions, please feel free to call.

Very truly yours,

Linda Rekas Sloan (bes)

Linda Rekas Sloan

LRS/bes
Enclosures
F:\Contents\Grasso\foreclosure\Interpleader Complaint\Clerk2.ltr.doc