# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

EXHIBIT
C

[ ] PROVIDENCE/BRISTOL [ ] KENT [x] WASHINGTON

CIVIL ACTION

Richard K. Gregory
**Plaintiff**

Robert A. Grasso, Jane G. Grasso
State of Rhode Island,
Internal Revenue Service,
Household Financial Corp., II
**Defendant**
Town of South Kingstown

## *Summons*

*To the above-named Defendant:* Household Financial Corp., II

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Salter McGowan Sylvia & Leonard, Inc. Plaintiff's attorney, whose address is 321 South Main Street, Suite 301, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

C. R. Ch[illegible]

CLERK

Dated: April 27, 2005

**(Seal of the Superior Court)**

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

.............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ....25.....day of ....April.................. I served a copy of this summons and a copy of the complaint received therewith upon ....Household Financial Corp II.... in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ............................................................ (address), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of abode, ............................................................, with a person of suitable age and discretion then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ....CT Corp. System....

Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..............................................................................................

..............................................................................................

..............................................................................................

Sheriff's Fees

Travel . . . . . . $ ...................

Service. . . . . . $ ...................

$ ...35 —...

........................................

~~Deputy Sheriff~~

FRANK V CATAMERO
R.I. CONSTABLE # 6022

CIVIL ACTION

FILE NO. ....WC 05-215....

SUMMONS

SUPERIOR COURT

Richard K. Gregory

VS

Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown

Linda Rekas Sloan
Salter McGowan Sylvia & Leonard, Inc.

ATTORNEY FOR PLAINTIFF

Note: Returnable to Plaintiff's Attorney forwith after service. Proof of service to be filed within time during which the person served must respond.