**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | C. A. No. 05-277-S |

**NOTICE OF DEFAULT**

The Plaintiff hereby notifies the court that:

1. As represented in the previously filed certificate of service to the summons issued in this action[1], a copy of that summons and the accompanying complaint commencing this action were properly served upon all Defendants, including Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II;

2. The Plaintiff has not been served with an answer or other response to the complaint by Defendants Robert A. Grasso, Jane G. Grasso, or Household Financial Corp, II, which such Defendants were required to serve upon Plaintiff's counsel by May 18, 2005; and

3. The Plaintiff and his counsel are unaware that any answer or other response to the

---

1 This action began in the Rhode Island Superior Court (Washington County) and was later removed to this court by the United States of America. A Waiver of Service of Summons as to service of the Superior Court summons was signed by both Robert A. and Jane G. Grasso on May 5, 2005, and a proof of service as to the proper service of the Superior Court summons on Household Financial Corp, II was signed by a Rhode Island constable, attesting to proper service upon that corporate defendant, with all of such papers being filed with the Clerk of the Superior

complaint has ever been filed with this court. Because this action was removed from the Rhode Island Superior Court (Washington County), the Plaintiff's counsel also checked the records of the Superior Court and confirmed that no answer or other response was ever filed with that court either by any of the three Defendants sought to be defaulted.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2006 (28 U.S.C. §1746).

RICHARD K. GREGORY
By his attorneys,

May 31, 2006

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770



Court (copies of such referenced papers attached hereto).

# WAIVER OF SERVICE OF SUMMONS

TO: Robert A. Grasso
94 Old North Road
Kingston, RI 02881

I acknowledge receipt of your request that I waive service of a summons in the action of Richard K. Gregory vs. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, which is case number **05-215** in the Superior Court for the County of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2005, or within 90 days after that date if the request was sent outside the United States.

5/5/2005
Date

Robert A. Grasso
Signature
Printed/typed name: Robert A. Grasso

# WAIVER OF SERVICE OF SUMMONS

TO: Jane G. Grasso
94 Old North Road
Kingston, RI 02881

I acknowledge receipt of your request that I waive service of a summons in the action of Richard K. Gregory vs. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, which is case number **05-215** in the Superior Court for the County of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2005, or within 90 days after that date if the request was sent outside the United States.

5/5/05
Date

Jane Gregory Grasso
Signature
Printed/typed name: Jane G. Grasso

SALTER MCGOWAN SYLVIA & LEONARD INCORPORATED

ATTORNEYS AT LAW

THE HERITAGE BUILDING
321 SOUTH MAIN STREET
PROVIDENCE, RI 02903
TEL (401) 274-0300
FAX (401) 453-0073
WWW.SMSLLAW.COM

LINDA REKAS SLOAN
lsloan@smsllaw.com

May 9, 2005

Clerk's Office
Washington County Superior Court
4800 Tower Hill Road
Wakefield, RI 02879

**Re: Richard K. Gregory s. Robert A. Grasso et al.**
**C.A. No. WC 05-215**

Dear Clerk:

Enclosed please find two Waivers of Service of Summons signed by two of the defendants in the above-referenced case, along with the return of Service of Summons upon the remaining four defendants for filing.

If you have any questions, please feel free to call.

Very truly yours,

Linda Rekas Sloan (bes)

Linda Rekas Sloan

LRS/bes
Enclosures
F:\Contents\Grasso\foreclosure\Interpleader Complaint\Clerk2.ltr.doc

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [xx] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No WC 05-215

Richard K. Gregory
**Plaintiff**

Robert A. Grasso, Jane G. Grasso
State of Rhode Island,
Internal Revenue Service,
Household Financial Corp., II
**Defendant**
Town of South Kingstown

## ***Summons***

*To the above-named Defendant:* Household Financial Corp., II

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Salter McGowan Sylvia & Leonard, Inc. Plaintiff's attorney, whose address is 321 South Main Street, Suite 301, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 27, 2005

**(Seal of the Superior Court)**

# State of Rhode Island and Providence Plantations

..............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ....25.......day of ....April..................... I served a copy of this summons and a copy of the complaint received therewith upon ....Household Financial ....................................................................................................... Corp II
in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, .................................................. .................................................................................................., with a person of suitable age and discretion then residing therein. (address)

By leaving a copy of the summons and complaint at his usual place of abode, .......................................... ..................................................................................., with a person of suitable age and discretion then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ....CT Corp. System..........................

Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

Sheriff's Fees

Travel . . . . . . $ .....................

Service. . . . . . $ .....................

$ ....35 —............

[signature]
..............................................
~~Deputy Sheriff~~

FRANK V CATAMERO
R.I. CONSTABLE # 6022

CIVIL ACTION

FILE NO. ....WC 05-215..................

SUMMONS

SUPERIOR COURT

Richard K. Gregory

VS

Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown

Linda Rekas Sloan
Salter McGowan Sylvia & Leonard, Inc.

ATTORNEY FOR PLAINTIFF

Note: Returnable to Plaintiff's Attorney forwith after service. Proof of service to be filed within time during which the person served must respond.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No. 05-277-S |

**CERTIFICATION UNDER LR Cv 55**

I hereby certify that:

(a) Notice of the **MOTION FOR ENTRY OF JUDGMENT BY DEFAULT** was given to the parties listed below, against whom default judgment is sought, by both regular mail, postage prepaid, and by certified or registered mail, return receipt requested. A copy of each of the return receipts is appended hereto:

- Robert A. Grasso
  Jane G. Grasso
  94 Old North Road
  Kingston, RI 02881

- Household Finance Corporation II
  1000 Bald Hill Road
  Warwick Market Place, Suite 4
  Warwick, RI 02886

- Household Finance Corporation II
  c/o CT Corporation System
  10 Weybosset Street
  Providence, RI 02903

(b) To the best of the undersigned's knowledge, the addresses set forth in this certification are the last known addresses of the referenced parties; and

(c) The parties against whom a default judgment is sought are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2006 (28 U.S.C. §1746).

RICHARD K. GREGORY
By his attorneys,

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert A. Grasso
Jane G. Grasso
94 Old North Road
Kingston, RI 02881

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0006 8511 4191

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7003 2260 0006 8511 4191

7003 2260 0006 8511 4191

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Robert & Jane Grasso
Street, Apt. No.; or PO Box No. Old North Road
City, State, ZIP+4 Kingston, RI 02881

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Household Finance Corp II
1000 Bald Hill Road
Warwick Market Place, Ste 4
Warwick, RI 02886

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0006 8511 4184

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7003 2260 0006 8511 4184

7003 2260 0006 8511 4184

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Household Finance Corp II
Street, Apt. No.; or PO Box No.: 1000 Bald Hill Road
City, State, ZIP+4: ~~Warwick Market Place Ste 4~~
Warwick, RI 02886

PS Form 3800, June 2002 See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7003 2260 0006 8511 4177

7003 2260 0006 8511 4177

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Household Finance Corp II
Street, Apt. No.; or PO Box No.: c/o CT Corporation System, 10 Weybosset Street
City, State, ZIP+4: Providence, RI 02903

PS Form 3800, June 2002 — See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Household Finance Corp II
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0006 8511 4177

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540