**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff | : | |
| vs. | : | C. A. No. 05-277-S |
| Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | |

## SUPPLEMENTAL CERTIFICATION UNDER LR Cv 55

I hereby certify that:

(a) Notice of the **MOTION FOR ENTRY OF JUDGMENT BY DEFAULT** was given to the parties listed below, against whom default judgment is sought, by both regular mail, postage prepaid, and by certified or registered mail, return receipt requested. A copy of each of the ***now signed*** return receipts is appended hereto:

- Robert A. Grasso
  Jane G. Grasso
  94 Old North Road
  Kingston, RI 02881

- Household Finance Corporation II
  1000 Bald Hill Road
  Warwick Market Place, Suite 4
  Warwick, RI 02886

- Household Finance Corporation II
  c/o CT Corporation System
  10 Weybosset Street
  Providence, RI 02903

(b) To the best of the undersigned's knowledge, the addresses set forth in this certification are the last known addresses of the referenced parties; and

(c) The parties against whom a default judgment is sought are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on June 16, 2006 (28 U.S.C. §1746).

RICHARD K. GREGORY
By his attorneys,

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770

1. Article Addressed to:

Robert A. Grasso
Jane G. Grasso
94 Old North Road
Kingston, RI 02881

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0006 8511 4191

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Household Finance Corp II
1000 Bald Hill Road
Warwick Market Place, Ste 4
Warwick, RI 02886

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [illegible] ☒ Agent ☐ Addressee

B. Received by (Printed Name) [illegible]

C. Date of Delivery 6-7-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7003 2260 0006 8511 4184

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

[illegible]

1. Article Addressed to:

Household Finance Corp II
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

A. Signature

[signature]

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

[illegible]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

7003 2260 0006 8511 4177

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540