UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

JUN 0 2 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Richard K. Gregory, Plaintiff | |
| vs. | C. A. No. 05-277-S |
| Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | |

**NOTICE OF DEFAULT**

The Plaintiff hereby notifies the court that:

1. As represented in the previously filed certificate of service to the summons issued in this action[1], a copy of that summons and the accompanying complaint commencing this action were properly served upon all Defendants, including Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II;

2. The Plaintiff has not been served with an answer or other response to the complaint by Defendants Robert A. Grasso, Jane G. Grasso, or Household Financial Corp, II, which such Defendants were required to serve upon Plaintiff's counsel by May 18, 2005; and

3. The Plaintiff and his counsel are unaware that any answer or other response to the

1 This action began in the Rhode Island Superior Court (Washington County) and was later removed to this court by the United States of America. A Waiver of Service of Summons as to service of the Superior Court summons was signed by both Robert A. and Jane G. Grasso on May 5, 2005, and a proof of service as to the proper service of the Superior Court summons on Household Financial Corp, II was signed by a Rhode Island constable, attesting to proper service upon that corporate defendant, with all of such papers being filed with the Clerk of the Superior

complaint has ever been filed with this court. Because this action was removed from the Rhode Island Superior Court (Washington County), the Plaintiff's counsel also checked the records of the Superior Court and confirmed that no answer or other response was ever filed with that court either by any of the three Defendants sought to be defaulted.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2006 (28 U.S.C. §1746).

RICHARD K. GREGORY
By his attorneys,

May 31, 2006

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard,
Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770

F:\Contents\Grasso\foreclosure\Default Papers\Notice of Default USDistCt 5-06.doc

Court (copies of such referenced papers attached hereto).