# WAIVER OF SERVICE OF SUMMONS

TO: Robert A. Grasso
94 Old North Road
Kingston, RI 02881

I acknowledge receipt of your request that I waive service of a summons in the action of Richard K. Gregory vs. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, which is case number **05-215** in the Superior Court for the County of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2005, or within 90 days after that date if the request was sent outside the United States.

5/5/2005
Date

Robert A. Grasso
Signature
Printed/typed name: Robert A. Grasso

# WAIVER OF SERVICE OF SUMMONS

TO: Jane G. Grasso
94 Old North Road
Kingston, RI 02881

I acknowledge receipt of your request that I waive service of a summons in the action of Richard K. Gregory vs. Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown, which is case number **05-215** in the Superior Court for the County of Washington. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2005, or within 90 days after that date if the request was sent outside the United States.

5/5/05
Date

Jane Gregory Grasso
Signature
Printed/typed name: Jane G. Grasso

SALTER MCGOWAN SYLVIA & LEONARD INCORPORATED

ATTORNEYS AT LAW

LINDA REKAS SLOAN
lsloan@smsllaw.com

THE HERITAGE BUILDING
321 SOUTH MAIN STREET
PROVIDENCE, RI 02903
TEL (401) 274-0300
FAX (401) 453-0073
WWW.SMSLLAW.COM

May 9, 2005

Clerk's Office
Washington County Superior Court
4800 Tower Hill Road
Wakefield, RI 02879

**Re: Richard K. Gregory s. Robert A. Grasso et al.**
**C.A. No. WC 05-215**

Dear Clerk:

Enclosed please find two Waivers of Service of Summons signed by two of the defendants in the above-referenced case, along with the return of Service of Summons upon the remaining four defendants for filing.

If you have any questions, please feel free to call.

Very truly yours,

Linda Rekas Sloan (bes)

Linda Rekas Sloan

LRS/bes
Enclosures
F:\Contents\Grasso\foreclosure\Interpleader Complaint\Clerk2.ltr.doc

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [ ] KENT [x] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. WC 05-215

Richard K. Gregory
Plaintiff

Robert A. Grasso, Jane G. Grasso
State of Rhode Island,
Internal Revenue Service,
Household Financial Corp., II
Defendant
Town of South Kingstown

***Summons***

*To the above-named Defendant:* Household Financial Corp., II

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Salter McGowan Sylvia & Leonard, Inc. Plaintiff's attorney, whose address is 321 South Main Street, Suite 301, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 27, 2005

(Seal of the Superior Court)

# State of Rhode Island and Providence Plantations

.............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ....25th.... day of ....April.................. I served a copy of this summons and a copy of the complaint received therewith upon ....Household Financial Corp II....

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ..............................................................................................................................., with a person of suitable age and discretion then residing therein. (address)

By leaving a copy of the summons and complaint at his usual place of abode, ..............................................................................................................................., with a person of suitable age and discretion then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ....CT Corp System....

Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

Sheriff's Fees

Travel . . . . . . $ ....................

Service. . . . . . $ ....................

$ ....35—....

..............................................

~~Deputy Sheriff~~

FRANK V CATAMERO
R.I. CONSTABLE # 6022

CIVIL ACTION

FILE NO. ....WC 05-215....

SUMMONS

SUPERIOR COURT

Richard K. Gregory

VS

Robert A. Grasso, Jane G. Grasso, State of Rhode Island, Internal Revenue Service, Household Financial Corp., II, Town of South Kingstown

Linda Rekas Sloan
Salter McGowan Sylvia & Leonard, Inc.

ATTORNEY FOR PLAINTIFF

Note: Returnable to Plaintiff's Attorney forwith after service. Proof of service to be filed within time during which the person served must respond.