RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Richard K. Gregory, Plaintiff | : | |
| vs. | : | Civil Action No. 05-277-S |
| Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | |

## ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55 and upon the Notice of Default filed by the Plaintiff, and it appearing that Defendants, Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II. have failed to file or serve an answer or other response to the complaint filed and served upon them by the Plaintiff as required by the Federal Rules of Civil Procedure, default is hereby entered against Defendants, Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II.

DEFAULT HEREBY ENTERED:

DEPUTY CLERK

Dated: ________, 2006

Deputy Clerk 6/27/06

F:\Contents\Grasso\foreclosure\Default Papers\Entry of Default USDistCt 5-06.doc