**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 05-277-S |

**AMENDED MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

The Plaintiff, pursuant to F.R.Civ.P. Rule 55, hereby moves that this Court enter judgment by default against Defendants Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II, thereby precluding them from asserting any interest in this action, including in respect to any interpleaded funds, and in support of this motion respectfully states as follows:

1. In May 2005, the Plaintiff served copies of the summons and complaint commencing this action[1] upon all Defendants.

2. The Plaintiff's counsel sought and received Waivers of Service of Summons in this action from Defendants Robert A. Grasso and Jane G. Grasso, through which they

1 This action began in the Rhode Island Superior Court (Washington County) and was later removed to this court by the United States of America. Waivers of Service of Summons as to service of the Superior Court summons and complaint were signed by both Robert A. and Jane G. Grasso on May 5, 2005, and a proof of service as to the proper service of the Superior Court summons and complaint on Household Financial Corp, II was signed by a Rhode Island constable, attesting to proper service upon that corporate defendant, with all of such papers being filed with the Clerk of the Superior Court (copies of such referenced papers attached hereto and have been filed with the Notice of Default).

acknowledged receipt of the summons and complaint in this action, with such Waivers having been signed as of May 5, 2005. (Exhibit A)

3. On April 28, 2005, the Plaintiff caused to be served a copy of the summons and complaint on Defendant Household Financial Corp II through an agent authorized by appointment or by law to receive service of process, with service upon such agent having been attested to by a Rhode Island constable. (Exhibit B)

4. Proof of the service of the summons and complaint upon these Defendants in the manner specified above was previously filed in this action. (Exhibit C)

5. The summons notified these Defendants of the time that they had to answer or otherwise respond to the complaint. These Defendants did not answer, plead in any other manner, or otherwise respond within the specified period, nor have they done so to date.

6. A Notice of Default and Entry of Default have previously been filed, along with a Certification Under LR Cv 55, and on June 2, 2006, a default was entered against Defendants Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II. (Exhibit D)

7. No Defendant in this action, including none of the Defendants against whom a judgment by default is sought, is an infant or an incompetent person.

8. Further, none of the Defendants sought to be defaulted is in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

WHEREFORE, the Plaintiff requests that judgment by default be entered against the identified Defendants, Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II, thereby precluding them from asserting any interest in this action, including in respect to any interpleaded funds, and that this Court grant such other and further relief as is just.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2006 (28 U.S.C. §1746).

RICHARD K. GREGORY
By his attorneys,

July 17, 2006

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff | : | |
| vs. | : | Civil Action No. 05-277-S |
| Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the **AMENDED MOTION FOR ENTRY OF JUDGMENT BY DEFAULT,** and proposed **JUDGMENT** on the persons listed below or on the attached list by first-class mail, postage prepaid.

Robert A. Grasso
Jane G. Grasso
94 Old North Road
Kingston, RI 02881

Rhode Island Division of Taxation
ATTN: Legal - Gerald McAvoy, Esq.
One Capitol Hill
Providence, RI 02908-5800

Michael P. Iannotti, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza - - 8th Floor
Providence, RI 02903

Household Finance Corporation II
1000 Bald Hill Road
Warwick Market Place
Suite 4

Warwick, RI 02886

Household Finance Corporation II
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

Michael A. Ursillo, Esq.
Ursillo, Teitz & Ritch, Ltd.
Two Williams Street
Providence, RI 02903

July 17, 2006

Jillane Padula

F:\Contents\Grasso\foreclosure\Default Papers\Amended Mot DefaultJmt + C of S USDistCt 7-06.doc