UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD K. GREGORY,<br>Plaintiff<br><br>v.<br><br>ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND, THE UNITED STATES OF AMERICA HOUSEHOLD FINANCIAL CORP., II, and TOWN OF SOUTH KINGSTOWN,<br>Defendants | ) | C.A. No. 05-277S |

ENTRY OF APPEARANCE

I hereby enter my appearance for the United States of America, on behalf of its agency, the United States Internal Revenue Service in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, Bar No. 2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2006, I electronically filed the within Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.

I forwarded a copy of the Entry of Appearance, by postage prepaid mail, to the following:

Matthew J. McGowan
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903

Michael Anthony Ursillo
2 Williams Street
(at South Main Street)
Providence, RI 02903

Gerald McAvoy, Esq.
R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

/s/ Michael P. Iannotti, Bar No. 2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: michael.iannotti@usdoj.gov