IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD K. GREGORY, Plaintiff | ) | |
| vs. | ) | C. A. NO. 05-277S |
| ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND, THE UNITED STATES OF AMERICA HOUSEHOLD FINANCIAL CORP., II, and TOWN OF SOUTH KINGSTOWN, Defendants | ) | |

**REVISED**
**STIPULATION AND ORDER**

The plaintiff, Richard K. Gregory, having deposited the interpleaded funds into the registry of the Court; and the defaults of Robert A. Grasso, Jane G. Grasso, and Household Financial Corp., II, having been entered; the remaining defendants, the United States of America, on behalf of its agency, the United States Internal Revenue Service, the State of Rhode Island Division of Taxation, and The Town of South Kingstown, hereby stipulate and agree as follows:

1. The funds deposited by the plaintiff, Richard K. Gregory, into the registry of the Court in the amount of $72,409.85, may be distributed as follows:

a. $26,952.94 to the Rhode Island Division of Taxation by check payable to the State of Rhode Island, Division of Taxation, and forwarded to the Rhode Island Division of Taxation, One Capitol Hill, Providence, RI 02908-5890; and

b. the remaining balance of $45,456.91 to the United States Internal Revenue Service by check payable to the United States Department of Justice and forwarded to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

2. The parties agree that the above payments shall constitute full satisfaction of any and all claims that they may have to the interpleaded funds.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney

RHODE ISLAND DIVISION OF TAXATION,
Defendant

By its attorney,

/s/ Gerald McAvoy
GERALD MCAVOY, ESQ.
RHODE ISLAND DIVISION OF TAXATION
One Capitol Hill
Providence, RI 02908-5800

TOWN OF SOUTH KINGSTOWN,
Defendant

By its attorneys,

/s/ Michael A. Ursillo

MICHAEL A. URSILLO, ESQ.
URSILLO, TEITZ & RITCH, LTD.
Two Williams Street
Providence, RI 02903

BY ORDER:

______________________________
CLERK

ENTER:

______________________________
WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE