**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff | : | |
| vs. | : | C. A. No. 05-277-S |
| Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | |

**SECOND AMENDED CERTIFICATION UNDER LR Cv 55**

I hereby certify that:

(a) Notice of the **AMENDED MOTION FOR ENTRY OF JUDGMENT BY DEFAULT** was given to the parties listed below, against whom default judgment is sought, by both regular mail, postage prepaid, and by certified or registered mail, return receipt requested. A copy of each of the now executed return receipts is appended hereto:

- Robert A. Grasso<br>Jane G. Grasso<br>94 Old North Road<br>Kingston, RI 02881

- Household Finance Corporation II<br>1000 Bald Hill Road<br>Warwick Market Place, Suite 4<br>Warwick, RI 02886

- Household Finance Corporation II<br>c/o CT Corporation System<br>10 Weybosset Street<br>Providence, RI 02903

(b) To the best of the undersigned's knowledge, the addresses set forth in this certification are the last known addresses of the referenced parties; and

(c) The parties against whom a default judgment is sought are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2006 (28 U.S.C. §1746).

RICHARD K. GREGORY
By his attorneys,

/s/ Matthew J. McGowan

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Incorporated
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
Bar No. 2770