UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD K. GREGORY

Plaintiff,

v.

ROBERT A. GRASSO, JANE G. GRASSO, STATE OF RHODE ISLAND, THE UNITED STATES OF AMERICA, HOUSEHOLD FINANCIAL CORP., II, and TOWN OF SOUTH KINGSTOWN

Defendants.

C.A. No. 05-277S

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 6, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Amended Motion for Deafult Judgment is GRANTED. Default judgment shall enter against Robert A. Grasso, Jane G. Grasso and Household Financial Corp., II, so as to preclude them from asserting any interest in this action,

including in respect to any interpleaded funds.

By Order,

Deputy Clerk

ENTER:

/s/ William E. Smith

William E. Smith
United States District Judge

Date: