**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Richard K. Gregory,<br>Plaintiff<br><br>vs.<br><br>Robert A. Grasso, Jane G. Grasso<br>State of Rhode Island<br>The United States of America<br>Household Financial Corp, II<br>Town of South Kingstown<br>Defendants | : | Civil Action No. 05-277-S |

RECEIVED JUL 28 2006 Property of U.S. District Court District of Rhode Island

**JUDGMENT**

Upon consideration of the Plaintiff's **AMENDED MOTION FOR ENTRY OF JUDGMENT BY DEFAULT** and the attachments thereto, and for cause shown, it is hereby

ORDERED that: Judgment by default be and hereby is entered against Defendants Robert A. Grasso, Jane G. Grasso, and Household Financial Corp, II, and such Defendants are hereby precluded from asserting any interest in this action, including in respect to any interpleaded funds.

WAmm
William E. Smith
United States District Judge
Dated: 9/22/06

F:\Contents\Grasso\foreclosure\Default Papers\Judgment USDist Ct 7-06.doc